IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01703-WYD-BNB

TRUSTEES OF THE CARPENTERS' AND MILLWRIGHTS' HEALTH BENEFIT TRUST FUND,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND ANNUITY PLAN,
TRUSTEES OF THE COLORADO CARPENTERS' JOINT APPRENTICESHIP TRUST FUND, and
MOUNTAIN WEST REGIONAL COUNCIL OF CARPENTERS,

Plaintiffs,

v.

RON'S HOME REPAIR AND CONSTRUCTION, LLC, a Colorado limited liability company, and
RON STALLCOP, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion to Vacate November 15, 2005 Scheduling Conference** (the "Motion"), filed on November 4, 2005.

　　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for November 15, 2005, is **vacated and reset to January 18, 2006, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **January 11, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  November 8, 2005