IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01703-WYD-BNB

TRUSTEES OF THE CARPENTERS' AND MILLWRIGHTS' HEALTH BENEFIT TRUST FUND,
TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND ANNUITY PLAN,
TRUSTEES OF THE COLORADO CARPENTERS' JOINT APPRENTICESHIP TRUST FUND, and
MOUNTAIN WEST REGIONAL COUNCIL OF CARPENTERS,

Plaintiffs,

v.

RON'S HOME REPAIR AND CONSTRUCTION, LLC, a Colorado limited liability company, and
RON STALLCOP, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate March 30, 2006 Scheduling Conference** (the "Motion"), filed on February 28, 2006.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for March 30, 2006, is **VACATED**.

DATED:  March 2, 2006